# EXHIBIT B



**TOTAL CAR CARE EXPERTS**

December 6, 2011

**Via Certified Mail – Return Receipt Requested,**
**Regular Mail and Overnight Mail**

Mr. Casper O. Jackson
C Jackson Automotive Services LLC
d/b/a AAMCO Transmissions
14319 Plank Road
Baker, LA  70714

     Re:  **Notice of Breach of Franchise Agreement**

Dear Mr. Jackson:

This letter shall serve as formal Notice of the following breaches of your franchise agreement
dated December 14, 2007, with AAMCO Transmissions, Inc. ("ATI"):

    1.    Failure to timely pay certain amounts due to ATI as required under the franchise
agreement.  As of December 5, 2011, the following amounts are owed to ATI:

| | |
|---|---:|
| Parts | $ 1,359.43 |
| Intershop | 645.45 |
| Recoverable Expense | 2,036.57 |
| Reported Franchise Fees | 28,089.70 |
| National Creative Advertising | 3,150.00 |
| 1-800-GOAAMCO | 36.67 |
| FOCUS | 753.51 |
| Internet Advertising | 2,744.79 |
| Interest | 11,774.52 |
| | $50,590.64 |

    2.    Failure to timely submit required weekly business reports and to timely pay the
applicable fees due on these reports as required under your franchise agreement.  As of
December 5, 2011, ATI's records reflect that the business reports for the following five (5)
weeks have not been received:  10/22/11, 11/05/11, 11/12/11, 11/19/11, and 11/26/11.

Mr. Casper Jackson
December 6, 2011
Page 2


Pursuant to the terms of your franchise agreement, you have ten (10) days from your receipt of this Notice to: (i) pay all amounts due under the franchise agreement and, (ii) submit all missing business reports and pay the applicable fees due on these reports.

If you fail to cure the breaches under your franchise agreement within the ten (10) days, ATI may initiate a legal action to collect the amounts owed or may terminate your franchise without further notice. This Notice is without prejudice to any rights ATI may have to terminate your franchise based on other violations of the franchise agreement.

Yours truly,

Diana Dieciedue
Compliance Manager


cc: Jim Goniea
    Brian O'Donnell
    Mike Sumsky
    Jack Bachinsky
    John Baumgartner
    Steve Eulenberg

Mr. Casper Jackson
December 6, 2011
Page 3


bcc:   Jerry Ferrier
      Eric Kotz
      Matt Wright
      Austin Ross