# EXHIBIT C



**TOTAL CAR CARE EXPERTS**

December 22, 2011

**Via Overnight Mail,**
**Certified Mail (Return Receipt Requested),**
**and Regular Mail**

Mr. Casper O. Jackson
C Jackson Automotive Services LLC
d/b/a AAMCO Transmissions
14319 Plank Road
Baker, LA  70714

> Re:   **Termination of Franchise Agreement**
>       AAMCO Transmissions Center
>       14319 Plank Road
>       Baker, LA  70714

Dear Mr. Jackson:

This letter shall serve as Formal Notice of the termination of your AAMCO franchise for the center located at 14319 Plank Road, Baker, LA (the "Center"), effective immediately.   On December 6, 2011, AAMCO Transmissions, Inc. ("ATI") sent you a letter informing you that you had ten (10) days within which to pay to ATI outstanding amounts owed.  You have failed to remit payment for the past-due amounts identified and, therefore, ATI is exercising its right to terminate your franchise.

Accordingly, ATI demands that you immediately comply with the post-termination covenants of the franchise agreement by, among other things, (1) promptly paying ATI all sums due and owing; (2) immediately and permanently discontinuing the use of the mark AAMCO and all similar names and marks; (3) promptly surrendering to ATI all signs, training materials, manuals, videos, stationery, letterhead, forms and other printed material containing AAMCO marks; (4) immediately and permanently discontinuing all advertising as an authorized AAMCO dealer; (5) promptly transferring to ATI or ATI's designee each telephone listing under the designation

Mr. Casper O. Jackson
December 22, 2011
Page 2


AAMCO or any similar designation; and (6) immediately complying with the post-termination covenant not to compete.

If you fail to comply with the post termination covenants of the franchise agreement, ATI will initiate a legal proceeding seeking an order compelling your compliance and will seek to recover from you the expenses associated with the legal proceeding as provided for in Section 26.3 of the franchise agreement.

Sincerely,
AAMCO Transmissions, Inc.

James Goniea
Vice President & General Counsel


cc: Mike Sumsky
    Brian O'Donnell
    Jack Bachinsky
    Matt Wright
    John Baumgartner
    Steve Eulenberg

Mr. Casper O. Jackson
December 22, 2011
Page 3


bcc:    Diana Dieciedue
        Jerry Ferrier
        Mike Pekula
        Rob Fillman
        Laura Long
        Eric Kotz
        Austin Ross