PD

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AAMCO Transmissions, Inc.                    :
                                             :
                  V.                         :        Civil Action  12        551
Casper Jackson and                           :        No: _____
C Jackson Automotive Services LLC            :                      **FILED**
                                             :

DISCLOSURE STATEMENT FORM                             FEB 02 2012

Please check one box:                                 **MICHAEL E. KUNZ, Clerk**
                                                      By_____ Dep. Clerk

☐    The nongovernmental corporate party, _____, in the
     above listed civil action does not have any parent corporation and publicly held
     corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate party, AAMCO Transmissions, Inc. , in the
     above listed civil action has the following parent corporation(s) and publicly held
     corporation(s) that owns 10% or more of its stock:

     American Driveline Systems, Inc.
     _____
     _____
     _____

2/1/12                                       _____
_____                              
      Date                                              Signature

                  Counsel for:     AAMCO Transmissions, Inc.
                                   _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
     (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental
corporate party to an action or proceeding in a district court must file two copies of a statement
that identifies any parent corporation and any publicly held corporation that owns 10% or more
of its stock or states that there is no such corporation.
     (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
          (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition,
                 motion, response, or other request addressed to the court, and
          (2)    promptly file a supplemental statement upon any change in the
                 information that the statement requires.

FEB   2 2012